UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Walter Stoudemire

Defendant.
_____/

Violation:
18 U.S.C. § 922(g)(1)

Case: 2:23-cr-20376
Assigned To : Roberts, Victoria A.
Referral Judge: Patti, Anthony P.
Assign. Date : 6/29/2023
Description: INDI USA V. STOUDEMIRE (NA)

### Indictment

The Grand Jury charges that:

### Count One
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about May 3, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Walter Stoudemire, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in or affecting interstate commerce, a firearm, that is, one (1) Glock 43, 9mm handgun, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Walter Stoudemire shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Glock 43, 9mm handgun and all related ammunition.

**This is a True Bill.**

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

/s/ *Brandy R. McMillion*
Chief, General Crimes Unit

/s/ *Hank Moon*
Assistant United States Attorney

Dated: June 29, 2023

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov[er] | Case: 2:23-cr-20376<br>Assigned To : Roberts, Victoria A.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 6/29/2023<br>Description: INDI USA V. STOUDEMIRE (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. Walter Stoudemire

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30236      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 29, 2023
Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-0220
Fax:    (313) 226-2372
E-Mail address: Hank.Moon@usdoj.gov
Attorney Bar #: P85337

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.